

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-14-00011-CR |
| State, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| ISELA DOMINGUEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20110C10845) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **July 17, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **July 17, 2014.**

IT IS SO ORDERED this 25th day of June, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.